IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>            Plaintiffs,<br><br>    v.<br><br>LUPIN LIMITED,<br><br>            Defendant. | Civil Action No.: 14-cv-5352 (RJS) |

**PLAINTIFF GILEAD SCIENCES, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Gilead Sciences, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

July 24, 2014

Respectfully submitted,


__s/ Christopher P. Borello_____
Nicholas M. Cannella (NC 9543)
Peter Shapiro (PS 8180)
Christopher P. Borello (CB 6164)
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-218-2100
Fax: 212-218-2200


__s/ Colleen Tracy James_____
Colleen Tracy James (CT 8377)
MAYER BROWN LLP

1675 Broadway
New York, NY 10019
Tel: 212-506-2500
Fax: 212-262-1910


 s/ David Bassett
David Bassett (DB 8727)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888

Vinita Ferrera (to be admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*