UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC., *et uno*,

                Plaintiffs,

-v-

LUPIN LIMITED,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2014
```

No. 14-cv-5352 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

This case was recently assigned to my docket as related to *Gilead Sciences v. Lupin Ltd.*, No. 12-cv-6293 (RJS). A trial is currently scheduled to commence in 12-cv-6293 on December 8, 2014.

IT IS HEREBY ORDERED THAT the parties shall submit, no later than August 5, 2014, a joint letter advising the Court of how they intend to proceed with the newly-filed action, 14-cv-5352, in light of the procedural posture of 12-cv-6293.

SO ORDERED.

Dated:     July 31, 2014
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE