

# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

CHRISTOPHER P. BORELLO
CBorello@fchs.com
212-218-2574

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

August 5, 2014

<u>VIA E-MAIL & ECF</u>

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Gilead Sciences, Inc., et al. v. Lupin Limited</u> (14-cv-5352)

Dear Judge Sullivan:

We are writing pursuant to the Court's July 31 Order requesting the parties to advise the Court of how they intend to proceed with this action, in light of the procedural posture of the previously-filed action No. 12-cv-6293, in which trial is currently scheduled to commence on December 8, 2014.

The patents-in-suit in the newly-filed case (U.S. Patent Nos. 6,703,396, and 6,642,245) are also in dispute in the previously-filed action, and Gilead intends to assert the same patent claims in this action as in No. 12-cv-6293—claims 1-7, 13, 15 and 16 of U.S. Patent No. 6,703,396 and claims 1, 2, 4 and 6 of U.S. Patent No. 6,642,245. Further, Lupin intends to stipulate to infringement of those claims, and therefore the only issue to be litigated is the validity of the asserted claims. Accordingly, the parties agree that the cases should be consolidated, and that trial should proceed as scheduled.

Respectfully Submitted,

Christopher Borello

cc:   Paul Molino, Esq. (via e-mail)