UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

Civil Action No. 12-cv-5352 (RJS)

Plaintiffs,

LUPIN LIMITED,

**NOTICE OF APPEARANCE**

Defendant.

-----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jill C. Owens, Esq., of the law firm of GOLDBERG

SEGALLA LLP, hereby appears in this action as counsel of record, for Defendant Lupin Limited, and

pursuant to the Federal Rules of Civil Procedure, request that all notices given or required to be given

in this case and all papers served or required to be served in this case be given to and served upon:  Jill

C. Owens, Esq., Goldberg Segalla LLP, 11 Martine Avenue, Suite 750, White Plains, NY  10606-

1934; and for electronic notice at: jowens@goldbergsegalla.com.

The undersigned hereby certifies that I am admitted to practice in this court and

am registered to file documents electronically with this Court.

Dated: White Plains, New York
        August  7, 2012

Respectfully submitted,

GOLDBERG SEGALLA, LLP

By: _____
        Jill C. Owens (JO-3487)
        *Attorneys for Defendant Lupin Limited*
        11 Martine Avenue, Suite 750
        White Plains, New York 10606-1934
        Tel:    (914) 798-5400
        Fax:    (914) 798-5401
        jowens@goldbergsegalla.com

TO:    *ALL ATTORNEYS TO BE NOTICED VIA ECF*

3059870.1