UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>            Plaintiffs,<br><br>    v.<br><br>LUPIN LIMITED,<br><br>            Defendant. | Civil Action No. 14-cv-5352 (RJS) (AJP)<br><br>**ECF Case**<br><br>**LUPIN LIMITED'S**<br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lupin Ltd., by its undersigned attorneys, makes the following disclosures:

Lupin Ltd. is a nongovernmental corporate party.  Lupin Ltd. does not have a parent corporation, and no publicly held corporation owns 10% or more of Lupin Ltd.'s stock.

Dated:  August 22, 2014

Respectfully submitted,

LUPIN LTD.

/s/ Jill C. Owens
Neil A. Goldberg
Jill C. Owens (JO-3487)
Goldberg Segalla LLP
780 Third Avenue / Suite 3100
New York, New York  10017
(Tel:  (646) 292-8700
Fax:  (646) 292-8701

*Attorneys for Lupin Ltd.*

Of Counsel
William A. Rakoczy
Deanne M. Mazzochi
Peter J. Curtin
Jeffrey Marx
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60654

3091291.1

Telephone:  312-222-6301
Facsimile:  312-222-6321
wrakoczy@rmmslegal.com

*Counsel for Lupin Ltd.*