UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GILEAD SCIENCES, INC.,
and EMORY UNIVERSITY,

Civil Action No. 1:14-cv-5352 (RJS)

    Plaintiffs/Counterclaim Defendants,

LUPIN LIMITED,

**NOTICE OF APPEARANCE**

    Defendant/Counterclaim Plaintiff.

-----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Peter J. Curtin, Esq., of the law firm of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, hereby appears in this action as counsel of record, for Defendant Lupin Limited, and pursuant to the Federal Rules of Civil Procedure, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon: Peter J. Curtin, Esq. Rakoczy Molino Mazzochi Siwik LLP, 6 West Hubbard Street, Suite 500, Chicago, IL 60654; **and for electronic notice at: pcurtin@rmmslegal.com.**

The undersigned hereby certifies that I was admitted to practice *pro hac vice* in this matter on August 30, 2014, and have registered to file documents electronically with this Court.

Dated:    Chicago, Illinois
            September 3, 2014

RAKOCZY MOLINO MAZZOCHI SIWIK LLP

By: _____
Peter J. Curtin
*Attorneys for Defendant
Lupin Limited*
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Tel:  (312) 222-7229
Fax:  (312) 222-7230
pcurtin@rmmslegal.com

TO:    *ALL ATTORNEYS TO BE NOTICED VIA ECF*

2130426.1